B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

_____ District Of __New Jersey__

In re __Ava Sharp_____, Case No. __18-21927-KCF__

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MidFirst Bank | AmeriHome Mortgage Company, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  MidFirst Bank, Bankruptcy Department
  999 NW Grand Boulevard, #110
  Oklahoma City, OK 73118-6077

Phone: __800-654-4566__
Last Four Digits of Acct #: __3680__

Name and Address where transferee payments should be sent (if different from above):
  MidFirst Bank, Bankruptcy Payments
  999 NW Grand Boulevard, #110
  Oklahoma City, OK 73118-6077

Phone: __800-654-4566__
Last Four Digits of Acct #: __3680__

Court Claim # (if known): __10-1__
Amount of Claim: __$259,084.58__
Date Claim Filed: __08/22/2018__

Phone: _____
Last Four Digits of Acct. #: __3039__

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Wendy A. Locke__     Date: __12/07/2018__
     Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

```
1  ALDRIDGE PITE, LLP
   4375 Jutland Drive, Suite 200
2  P.O. Box 17933
   San Diego, CA 92177-0933
3  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
4
5
6
7
```

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY - TRENTON DIVISION

| In re | Case No. 18-21927-KCF |
|---|---|
| AVA SHARP, | Chapter 13 |
| Debtor(s). | **PROOF OF SERVICE** |

I, Katherine Nesser, declare that:

I am employed by Aldridge Pite, LLP. My business address is: Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, Georgia, 30305. I am over the age of eighteen years and not a party to this case.

On December 7, 2018, I served the TRANSFER OF CLAIM by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true.

/s/Katherine Nesser
KATHERINE NESSER

- 1 -       CASE NO. 18-21927-KCF
**PROOF OF SERVICE**

## SERVICE LIST

**DEBTOR(S)**
**(VIA U.S. MAIL)**

Ava Sharp
851 Rt. 206
Bordentown, NJ 08505

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

John Zimnis
Law Offices of Peter E. Zimnis
1245 Whitehorse-Mercerville Road
Suite 412
Trenton, NJ 08619
njbankruptcylaw@aol.com

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853
docs@russotrustee.com

**UNITED STATES TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov