Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

District Of New Jersey

In re  Ava Sharp                ,    Case No.  18-21927-KCF

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Claim No.  10   (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on           12/7/18          .

| Cenlar FSB | MidFirst Bank |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:
Cenlar FSB
425 Phillips Boulevard
Ewing, NJ 08618

Address of Transferee:
MidFirst Bank
Bankruptcy Department
999 NW Grand Boulevard, #110
Oklahoma City, OK 73118-6077

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  12/10/18                    Jeanne A. Naughton
                                   **CLERK OF THE COURT**