| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018

**Chapter 13 Case No. 18-21927 / KCF**

Ava Sharp

Petition Filed Date: 06/13/2018
341 Hearing Date: 07/19/2018
Confirmation Date: 08/22/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/26/2018 | $200.00 | 50182850 | 07/24/2018 | $92.31 | 13313043 | 08/07/2018 | $92.31 | 13327838 |
| 08/20/2018 | $92.31 | 13339327 | 09/05/2018 | $92.31 | 13352524 | 09/18/2018 | $92.31 | 13363383 |
| 10/02/2018 | $92.31 | 13376870 | 10/16/2018 | $92.31 | 13388818 | 10/30/2018 | $92.31 | 13402116 |
| 11/14/2018 | $92.31 | 13416677 | 11/28/2018 | $92.31 | 13427597 | 12/12/2018 | $92.31 | 13441173 |
| 12/27/2018 | $92.31 | 13452900 | | | | | | |

**Total Receipts for the Period:  $1,307.72   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,400.03**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Ava Sharp | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,550.00 | $1,047.80 | $1,502.20 |
| 1 | CREDIT UNION OF NEW JERSEY<br>»»  2007 MERCEDES BENZ | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | CREDIT UNION OF NEW JERSEY<br>»»  2002 MERCEDES BENZ | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | NAVIENT SOLUTIONS, INC<br>»»  STUDENT LOANS O/S (PLAN) | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,047.17 | $0.00 | $1,047.17 |
| 5 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $612.85 | $0.00 | $612.85 |
| 6 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $798.37 | $0.00 | $798.37 |
| 7 | LVNV FUNDING LLC<br>»»  MHC/FNBM/CREDIT ONE | Unsecured Creditors | $966.56 | $0.00 | $966.56 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  VAUGHAN BASSETT | Unsecured Creditors | $1,250.60 | $0.00 | $1,250.60 |
| 9 | NJM INSURANCE GROUP | Unsecured Creditors | $213.90 | $0.00 | $213.90 |
| 10 | MIDFIRST BANK<br>»»  P/851 RT 206/1ST MTG/AMERIHOME | Mortgage Arrears | $21,449.29 | $0.00 | $21,449.29 |

**Chapter 13 Case No. 18-21927 / KCF**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,400.03 | Plan Balance: | $25,265.97 ** |
| Paid to Claims: | $1,047.80 | Current Monthly Payment: | $200.00 |
| Paid to Trustee: | $94.68 | Arrearages: | ($0.03) |
| Funds on Hand: | $257.55 | Total Plan Base: | $26,666.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**