**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Case No.: 18-21927

In re:                                                   Judge: Ferguson
AVA SHARP
                                                         Chapter 13
    Debtor

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

**x☐    CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**

**☐    TRUSTEE'S MOTION OR CERTIFICATION OF DEFAULT**

The debtor in the above-captioned Chapter 13 proceeding hereby objects to the following **(choose one)**:

1. x☐    Motion for Relief from Automatic Stay filed by MidFirst, creditor.

    A hearing has been scheduled for June 12, 2019, at 9:00 a.m.

    **OR**

    ☐    Motion to Dismiss filed by the Standing Chapter 13 Trustee.

    A hearing has been scheduled for       , 2019, at 9:00 a.m.

    **OR**

    ☐    Certification of Default filed by _____, creditor.

    I am requesting that a hearing be scheduled on this matter.

    **OR**

    ☐    Certification of Default filed by Standing Chapter 13 Trustee

    I am requesting that a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons (**choose one):**

 x☐  Payments have been made in the amount of $2,200 on May 8, 2019 by e-pay, but have not been accounted for.

 x☐  Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer):** I will have money prior to Court.

 ☐  Other (**explain your answer**):

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.
4. I certify under penalty of perjury that the foregoing is true and correct.

Date: _____      /s/ Ava Sharp_____

Date: _____      /s/_____

**NOTE:**

1. This form must be filed with the Court and served upon the standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to dismiss.*
2. This form must be filed with the Court and served upon the Standing Chapter 13 Trustee and creditor within fourteen (14) days of the filing of a *Creditor's Certification of Default* (under an *Order Resolving Motion to Vacate Stay and /or Dismiss with Conditions) or a Trustee's Certification of Default.*

**If this form is not filed, then the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled**