UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Ava Sharp,

Debtor.

Case No.:        18-21927-KCF

Chapter:              13

Hearing Date:      6/12/2019

Judge:             Ferguson

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 851 Route 206, Bordentown, NJ (Docket # 29)

_____

Date: 6/10/2019                         /s/ Denise Carlon
                                        Signature

*rev.8/1/15*