**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
AVA SHARP

Debtors

Order Filed on July 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-21927

Chapter 13

Judge: Kathryn C. Ferguson

# ORDER GRANTING ADDITIONAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: July 9, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(page 2)**
Debtor:  Ava Sharp
Case No.:  18-21927 KCF
Caption:  Order Granting Additional Chapter 13 Fees

The applicant having certified (pursuant to D.NJ LBR 2016-5) that legal work in addition to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $0 for a total of $400. The allowance shall be payable:

    ___x__  through the Chapter 13 Plan as an administrative priority from funds on hand
    _____  outside the Plan

The debtor's monthly Plan is not modified, thus the debtor will continue to pay:
- $200 per month, then
- $459 per month beginning July 2020

for the remaining months to allow for payment of aforesaid fee.