UNITED STATES BANKRUPTCY COURT
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

JOHN ZIMNIS, ESQ
STE 412
1245 WHITEHORSE MERCERVILLE RD
TRENTON, NJ  08619-3831
Attorney for Debtor(s)

In re:

Ava Sharp

Debtor(s)

Order Filed on December 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 18-21927 / MBK

Judge: Honorable Michael B. Kaplan

Chapter 13

## CONSENT ORDER TO RE-CAPITALIZE
## DEBTOR(S) PLAN PAYMENT TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

DATED: December 2, 2019

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having been brought before the Court on an application by the attorney for the debtor(s), seeking entry of a consent order to re-capitalize the debtor(s) plan payments to the trustee, and the Court having considered the application, and the parties having consented to the form and entry of the within order, and for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The debtor(s) payments to the trustee be adjusted as follows:

   - $3,430.85 paid to date (17 month[s])
   - $$200.00 for 7 month[s] beginning 12/1/19
   - $$636.00 for 36 month[s] beginning 7/1/20

2. All other provisions of the most recently entered Order Confirming Plan or Order Confirming Modifed Plan shall remain in full force and effect.

3. If the debtor(s) fail(s) to make regular plan payments to the trustee for a period of more than thirty (30) consecutive days, upon certification of the trustee of such non-payment, with the Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case may be dismissed.

We, the undersigned, consent to the form and entry of the above Order.


Albert Russo
Standing Chapter 13 Trustee


JOHN ZIMNIS, ESQ
Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-21927-MBK
Ava Sharp                                                                 Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Dec 02, 2019
                             Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2019.
db            +Ava Sharp,    851 Rt. 206,    Bordentown, NJ 08505-1533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2019 at the address(es) listed below:
         Albert    Russo    docs@russotrustee.com
         Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicer for AmeriHome Mortgage
          Company, LLC cmecf@sternlav.com
         John  Zimnis    on behalf of Debtor Ava  Sharp njbankruptcylaw@aol.com.
         Kevin Gordon McDonald    on behalf of Creditor    AmeriHome Mortgage Company, LLC
          kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 6