| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-21927 / MBK**

Ava Sharp

Petition Filed Date: 06/13/2018
341 Hearing Date: 07/19/2018
Confirmation Date: 08/22/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $92.31 | 13464915 | 01/23/2019 | $92.31 | 13477353 | 02/05/2019 | $92.31 | 13489988 |
| 02/20/2019 | $92.31 | 13501505 | 03/06/2019 | $92.31 | 13515751 | 03/19/2019 | $92.31 | 13525478 |
| 04/02/2019 | $92.31 | 13538775 | 04/15/2019 | $92.31 | 13551144 | 04/29/2019 | $92.31 | 13563265 |
| 05/14/2019 | $92.31 | 13575285 | 05/29/2019 | $92.31 | 13589059 | 06/11/2019 | $92.31 | 13600993 |
| 06/25/2019 | $92.31 | 13613694 | 07/09/2019 | $92.31 | 13627845 | 07/22/2019 | $92.31 | 13640195 |
| 08/06/2019 | $92.31 | 13653495 | 08/19/2019 | $92.31 | 13664261 | 09/03/2019 | $92.31 | 13676126 |
| 09/17/2019 | $92.31 | 13686563 | 10/02/2019 | $92.31 | 13699208 | 10/16/2019 | $92.31 | 13713606 |
| 10/29/2019 | $92.31 | 13724648 | 11/13/2019 | $92.31 | 13736915 | 11/25/2019 | $92.31 | 13747400 |
| 12/10/2019 | $92.31 | 13760466 | 12/27/2019 | $92.31 | 13772421 | | | |

**Total Receipts for the Period: $2,400.06   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,984.71**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ava Sharp | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,550.00 | $2,550.00 | $0.00 |
| 1 | CREDIT UNION OF NEW JERSEY<br>»» 2007 MERCEDES BENZ | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | CREDIT UNION OF NEW JERSEY<br>»» 2002 MERCEDES BENZ | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | ECMC<br>»» STUDENT LOANS O/S (PLAN)/NAVIENT | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,047.17 | $0.00 | $1,047.17 |
| 5 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $612.85 | $0.00 | $612.85 |
| 6 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $798.37 | $0.00 | $798.37 |
| 7 | LVNV FUNDING LLC<br>»» MHC/FNBM/CREDIT ONE | Unsecured Creditors | $966.56 | $0.00 | $966.56 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» VAUGHAN BASSETT | Unsecured Creditors | $1,250.60 | $0.00 | $1,250.60 |
| 9 | NJM INSURANCE GROUP | Unsecured Creditors | $213.90 | $0.00 | $213.90 |
| 10 | MIDFIRST BANK<br>»» P/851 RT 206/1ST MTG/AMERIHOME | Mortgage Arrears | $21,449.29 | $0.00 | $21,449.29 |

**Chapter 13 Case No. 18-21927 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 0 | JOHN ZIMNIS, ESQ | Attorney Fees | $400.00 | $400.00 | $0.00 |
| | »» ORDER 7/9/19 | | | | |
| 11 | MIDFIRST BANK | Mortgage Arrears | $531.00 | $527.05 | $3.95 |
| | »» 851 ROUTE 206/ORDER 7/9/19 | | | | |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,984.71 | Plan Balance: | $23,715.29 ** |
| Paid to Claims: | $3,477.05 | Current Monthly Payment: | $200.00 |
| Paid to Trustee: | $250.68 | Arrearages: | $15.29 |
| Funds on Hand: | $256.98 | Total Plan Base: | $27,700.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**