| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-21927 / MBK**

Ava Sharp

Petition Filed Date: 06/13/2018
341 Hearing Date: 07/19/2018
Confirmation Date: 08/22/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $92.31 | 13784762 | 01/22/2020 | $92.31 | 13790166 | 02/04/2020 | $92.31 | 13804201 |
| 02/19/2020 | $92.31 | 13818662 | 03/02/2020 | $92.31 | 13829562 | 03/19/2020 | $92.31 | 13844228 |
| 03/31/2020 | $92.31 | 13854324 | 04/14/2020 | $92.31 | 13861795 | 05/01/2020 | $92.31 | 13869928 |
| 05/12/2020 | $92.31 | 13875199 | 05/27/2020 | $92.31 | 13882547 | 06/12/2020 | $92.31 | 13890248 |
| 06/26/2020 | $92.31 | 13898508 | 07/07/2020 | $293.54 | 13905742 | 07/21/2020 | $293.54 | 13912093 |
| 08/04/2020 | $293.54 | 13919234 | 08/18/2020 | $293.54 | 13926955 | 08/28/2020 | $293.54 | 13933732 |
| 09/15/2020 | $293.54 | 13941608 | 09/29/2020 | $293.54 | 13948794 | 10/15/2020 | $293.54 | 13957863 |
| 10/27/2020 | $293.54 | 13964398 | 11/16/2020 | $293.54 | 13972027 | 11/25/2020 | $293.54 | 13978258 |
| 12/08/2020 | $611.54 | 13986551 | 12/08/2020 | $293.54 | 13986551 | 01/07/2021 | $293.54 | 13993960 |
| 01/11/2021 | $293.54 | 14001982 | 01/25/2021 | $293.54 | 14009828 | 02/09/2021 | $293.54 | 14016624 |
| 02/17/2021 | $293.54 | 14025400 | | | | | | |

**Total Receipts for the Period: $6,801.75    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,509.53**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ava Sharp | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,550.00 | $2,550.00 | $0.00 |
| 1 | CREDIT UNION OF NEW JERSEY<br>»»  2007 MERCEDES BENZ | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | CREDIT UNION OF NEW JERSEY<br>»»  2002 MERCEDES BENZ | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | ECMC<br>»»  STUDENT LOANS O/S (PLAN)/NAVIENT | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,047.17 | $0.00 | $1,047.17 |
| 5 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $612.85 | $0.00 | $612.85 |
| 6 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $798.37 | $0.00 | $798.37 |
| 7 | LVNV FUNDING LLC<br>»»  MHC/FNBM/CREDIT ONE | Unsecured Creditors | $966.56 | $0.00 | $966.56 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  VAUGHAN BASSETT | Unsecured Creditors | $1,250.60 | $0.00 | $1,250.60 |
| 9 | NJM INSURANCE GROUP | Unsecured Creditors | $213.90 | $0.00 | $213.90 |

| | | | | | |
|---|---|---|---|---|---|
| 10 | MIDFIRST BANK<br>»»  P/851 RT 206/1ST MTG/AMERIHOME | Mortgage Arrears | $21,999.04 | $4,893.29 | $17,105.75 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  ORDER 7/9/19 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 11 | MIDFIRST BANK<br>»»  851 ROUTE 206/ORDER 7/9/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,509.53 | Plan Balance: | $17,190.47 ** |
| Paid to Claims: | $8,374.29 | Current Monthly Payment: | $636.00 |
| Paid to Trustee: | $757.09 | Arrearages: | ($621.53) |
| Funds on Hand: | $1,378.15 | Total Plan Base: | $27,700.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**