| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 18-21927 / MBK**

Ava Sharp

Petition Filed Date: 06/13/2018
341 Hearing Date: 07/19/2018
Confirmation Date: 08/22/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2021 | $293.54 | 13993960 | 01/11/2021 | $293.54 | 14001982 | 01/25/2021 | $293.54 | 14009828 |
| 02/09/2021 | $293.54 | 14016624 | 02/17/2021 | $293.54 | 14025400 | 03/16/2021 | $293.54 | 14033472 |
| 03/17/2021 | $293.54 | 14041958 | 03/30/2021 | $293.54 | 14051039 | 04/09/2021 | $293.54 | 14059737 |
| 04/27/2021 | $293.54 | 14068123 | 05/11/2021 | $293.54 | 14076306 | 05/26/2021 | $293.54 | 14086122 |
| 06/08/2021 | $293.54 | 14093280 | 06/23/2021 | $293.54 | 14100400 | 07/07/2021 | $293.54 | 14109329 |
| 07/20/2021 | $293.54 | 14117430 | 08/03/2021 | $293.54 | 14127480 | 08/17/2021 | $293.54 | 14136246 |
| 08/31/2021 | $293.54 | 14144657 | 09/14/2021 | $293.54 | 14152325 | 09/29/2021 | $293.54 | 14160467 |
| 10/18/2021 | $293.54 | 14169016 | 10/26/2021 | $293.54 | 14177678 | 11/09/2021 | $293.54 | 14186567 |
| 11/23/2021 | $293.54 | 14194529 | 12/16/2021 | $293.54 | 14203437 | 12/21/2021 | $293.54 | 14212325 |
| 01/04/2022 | $293.54 | 14220947 | 01/19/2022 | $293.54 | 14226539 | | | |

**Total Receipts for the Period:  $8,512.66    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $17,554.49**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ava Sharp | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,550.00 | $2,550.00 | $0.00 |
| 1 | CREDIT UNION OF NEW JERSEY<br>»»  2007 MERCEDES BENZ | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | CREDIT UNION OF NEW JERSEY<br>»»  2002 MERCEDES BENZ | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | ECMC<br>»»  STUDENT LOANS O/S (PLAN)/NAVIENT | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,047.17 | $0.00 | $1,047.17 |
| 5 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $612.85 | $0.00 | $612.85 |
| 6 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $798.37 | $0.00 | $798.37 |
| 7 | LVNV FUNDING LLC<br>»»  MHC/FNBM/CREDIT ONE | Unsecured Creditors | $966.56 | $0.00 | $966.56 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  VAUGHAN BASSETT | Unsecured Creditors | $1,250.60 | $0.00 | $1,250.60 |
| 9 | NJM INSURANCE GROUP | Unsecured Creditors | $213.90 | $0.00 | $213.90 |
| 10 | MIDFIRST BANK<br>»»  P/851 RT 206/1ST MTG/AMERIHOME | Mortgage Arrears | $21,999.04 | $12,241.39 | $9,757.65 |

**Chapter 13 Case No. 18-21927 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 0 | JOHN ZIMNIS, ESQ | Attorney Fees | $400.00 | $400.00 | $0.00 |
| | »» ORDER 7/9/19 | | | | |
| 11 | MIDFIRST BANK | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| | »» 851 ROUTE 206/ORDER 7/9/19 | | | | |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,554.49 | Plan Balance: | $10,145.51 ** |
| Paid to Claims: | $15,722.39 | Current Monthly Payment: | $636.00 |
| Paid to Trustee: | $1,294.34 | Arrearages: | ($34.49) |
| Funds on Hand: | $537.76 | Total Plan Base: | $27,700.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

**View your case information online for *FREE*!** Register today at www.ndc.org or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**