| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 18-21927 / MBK**

Ava Sharp

Petition Filed Date: 06/13/2018
341 Hearing Date: 07/19/2018
Confirmation Date: 08/22/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2022 | $293.54 | 14220947 | 01/19/2022 | $293.54 | 14226539 | 02/09/2022 | $293.54 | 14234181 |
| 02/17/2022 | $293.54 | 14243553 | 03/04/2022 | $293.54 | 14252874 | 03/14/2022 | $293.54 | 14262186 |
| 03/25/2022 | $293.54 | 14271065 | 04/18/2022 | $293.54 | 14281316 | 04/26/2022 | $293.54 | 14287420 |
| 05/09/2022 | $293.54 | 14296147 | 05/20/2022 | $293.54 | 14304151 | 06/07/2022 | $293.54 | 14315221 |
| 06/21/2022 | $293.54 | 14322448 | 07/01/2022 | $293.54 | 14329653 | 07/15/2022 | $293.54 | 14338221 |
| 07/29/2022 | $293.54 | 14347593 | 08/16/2022 | $293.54 | 14356203 | 08/30/2022 | $293.54 | 14364330 |
| 09/13/2022 | $293.54 | 14373727 | 09/23/2022 | $293.54 | 14380587 | 10/11/2022 | $293.54 | 14388682 |
| 10/21/2022 | $293.54 | 14396700 | 11/08/2022 | $293.54 | 14405966 | 11/21/2022 | $293.54 | 14412830 |
| 12/05/2022 | $293.54 | 14421802 | 12/16/2022 | $293.54 | 14430548 | 01/05/2023 | $293.54 | 14439194 |
| 01/17/2023 | $293.54 | 14444917 | 02/01/2023 | $293.54 | 14453509 | 02/13/2023 | $293.54 | 14462355 |
| 02/28/2023 | $293.54 | 14471200 | 03/13/2023 | $293.54 | 14483471 | | | |

**Total Receipts for the Period: $9,393.28    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $26,360.69**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ava Sharp | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | John Zimnis, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,550.00 | $2,550.00 | $0.00 |
| 1 | CREDIT UNION OF NEW JERSEY<br>»» 2007 MERCEDES BENZ | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | CREDIT UNION OF NEW JERSEY<br>»» 2002 MERCEDES BENZ | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | ECMC<br>»» O/S PER PLAN/NAVIENT | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,047.17 | $0.00 | $1,047.17 |
| 5 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $612.85 | $0.00 | $612.85 |
| 6 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $798.37 | $0.00 | $798.37 |
| 7 | LVNV FUNDING LLC<br>»» MHC/FNBM/CREDIT ONE | Unsecured Creditors | $966.56 | $0.00 | $966.56 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» VAUGHAN BASSETT | Unsecured Creditors | $1,250.60 | $0.00 | $1,250.60 |
| 9 | NJM INSURANCE GROUP | Unsecured Creditors | $213.90 | $0.00 | $213.90 |

**Chapter 13 Case No. 18-21927 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 10 | MIDFIRST BANK<br>»»  P/851 RT 206/1ST MTG/AMERIHOME | Mortgage Arrears | $21,999.04 | $20,070.68 | $1,928.36 |
| 0 | John Zimnis, Esq.<br>»»  ORDER 7/9/19 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 11 | MIDFIRST BANK<br>»»  P/851 ROUTE 206/1ST MTG/ATTY FEES ORD 7/9/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,360.69 | Plan Balance: | $1,339.31 ** |
| Paid to Claims: | $23,551.68 | Current Monthly Payment: | $636.00 |
| Paid to Trustee: | $1,991.78 | Arrearages: | ($572.69) |
| Funds on Hand: | $817.23 | Total Plan Base: | $27,700.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.