**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ava Sharp**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7825<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–21927–MBK | |

# Order of Discharge                                                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Ava Sharp
   aka Ava M Williams

<u>8/23/23</u>                                                        **By the court:** <u>Michael B. Kaplan</u>
                                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Ava Sharp  
    Debtor

Case No. 18-21927-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Aug 23, 2023     Form ID: 3180W     Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ava Sharp, 851 Rt. 206, Bordentown, NJ 08505-1533 |
| cr | + | Cenlar FSB as servicer for AmeriHome Mortgage Comp, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 517587698 | ++ | BUREAU OF ACCOUNTS CONTROL, 514 BRICK BLVD, SUITE 3, BRICK NJ 08723-6088 address filed with court:, Bureau of Accounts Control, Re: Salem Mngmt Co., PO Box 538, Howell, NJ 07731 |
| 517587702 | + | Convergent Commercial, 925 Westchester Avenue, Suite 101, Re: NJ Manufacturers; #F8334286;, # 761660, White Plains, NY 10604-3562 |
| 517635993 | + | Credit Union of New Jersey, c/o Peter J. Liska LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 517716474 | + | NJM Insurance Group, 301 Sullivan Way, W. Trenton, NJ 08628-3406 |
| 517587707 | + | Salem Mngmt Company, 2029 Morris Avenue, Re: # 079-058, Union, NJ 07083-6047 |
| 517587708 | #+ | Stern Lavinthal Frankenberg & Norgaard, Re: Amerihome, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 23 2023 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 23 2023 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517587696 | ^ | MEBN | Aug 23 2023 20:28:13 | Amerihome Mortgage, PO Box 77404, Ewing, NJ 08628-6404 |
| 517587697 | + | EDI: CITICORP.COM | Aug 24 2023 00:24:00 | Brandsource, PO Box 9001006, Louisville, KY 40290-1006 |
| 517716588 | | Email/Text: BKelectronicnotices@cenlar.com | Aug 23 2023 20:31:00 | Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618 |
| 517587704 | | Email/Text: bankruptcy@cunj.org | Aug 23 2023 20:31:00 | Credit Union of NJ, PO Box 7921, Ewing, NJ 08628 |
| 517587699 | + | EDI: CAPITALONE.COM | Aug 24 2023 00:24:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517671274 | | EDI: CAPITALONE.COM | Aug 24 2023 00:24:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517587700 | + | EDI: CITICORP.COM | Aug 24 2023 00:24:00 | Citibank (Brand Source), PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517587701 | + | EDI: CITICORP.COM | Aug 24 2023 00:24:00 | Citibank (Home Depot), PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517587703 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 23, 2023 | Form ID: 3180W | Total Noticed: 32 |

|  |  |  | Aug 23 2023 20:45:35 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
|---|---|---|---|---|
| 518143647 |  | Email/Text: ECMCBKNotices@ecmc.org | Aug 23 2023 20:31:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 518143648 |  | Email/Text: ECMCBKNotices@ecmc.org | Aug 23 2023 20:31:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 517587705 | + | EDI: AMINFOFP.COM | Aug 24 2023 00:24:00 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 517704365 |  | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2023 20:44:22 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517912781 | + | EDI: AISMIDFIRST | Aug 24 2023 00:24:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 517912780 | + | EDI: AISMIDFIRST | Aug 24 2023 00:24:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517587706 | + | EDI: NAVIENTFKASMSERV.COM | Aug 24 2023 00:24:00 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 517636222 | + | Email/Text: bncnotifications@pheaa.org | Aug 23 2023 20:31:00 | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 517709727 |  | EDI: PRA.COM | Aug 24 2023 00:24:00 | Portfolio Recovery Associates, LLC, c/o Vaughan Bassett, POB 41067, Norfolk VA 23541 |
| 517697839 | + | EDI: JEFFERSONCAP.COM | Aug 24 2023 00:24:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517587709 | + | EDI: RMSC.COM | Aug 24 2023 00:24:00 | Syncb/Vaugh Bassett, PO Box 960061, Orlando, FL 32896-0061 |
| 517592474 | + | EDI: RMSC.COM | Aug 24 2023 00:24:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517587710 | + | EDI: VERIZONCOMB.COM | Aug 24 2023 00:24:00 | Verizon NJ, 500 Technology Drive, Weldon Spring, MO 63304-2225 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 23, 2023 | Form ID: 3180W | Total Noticed: 32 |

Date: Aug 25, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jeanette F. Frankenberg | on behalf of Creditor Cenlar FSB as servicer for AmeriHome Mortgage Company  LLC cmecf@sternlav.com |
| John Zimnis | on behalf of Debtor Ava Sharp njbankruptcylaw@aol.com. |
| Kevin Gordon McDonald | on behalf of Creditor AmeriHome Mortgage Company  LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6